AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

The UPS Store
5505 Connecticut Avenue, #276
Washington, DC 20015-2601

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I ____Jeffrey Savage____ being duly sworn depose and say:

I am a(n) ____Special Agent with the U.S. Secret Service____ and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)

The UPS Store is located in a row of stores and is clearly marked as the "UPS Store" above the entrance. Mailbox #276 is located inside the UPS Store and to the left on the wall and is clearly marked #276.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

See Attachment A

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

fruits, evidence, and instrumentalities,

concerning a violation of Title __18__ United States Code, Section(s) __1029__. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

Howard Sklamberg
Fraud and Public Corruption
(202) 514-7296

Signature of Affiant
Jeffrey Savage, Special Agent
U.S. Secret Service

Sworn to before me, and subscribed in my presence

at Washington, D.C.

_____
Date

_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer