## AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT

I, Jeffrey Savage, being duly sworn and under oath, state the following:

1. Your Affiant is a Special Agent of the United States Secret Service (USSS) and have been so employed since July 3, 2000. Currently, your Affiant is assigned to the Washington Field Office, Metro Area Fraud Task Force, in Washington, DC. As a Federal Agent, I am authorized to investigate violations of the laws of the United States, and I am a law enforcement officer with authority to execute arrest and search warrants issued under the authority of the United States.

2. The facts and information contained in this affidavit are based upon your Affiant's personal knowledge, observations of other government officials, witness interviews and other sources of information. I am familiar with all aspects of this investigation. Not all of the facts known to me or to the government are described in this affidavit.

## MAILBOXES TO BE SEARCHED

3. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. This affidavit is made in support of an application for a search warrant for any items and paperwork located at the following location in the names associated with the address,

    a)    The UPS Store
             5505 Connecticut Avenue #276
             Washington, DC 20015-2601

Mailbox #276 is currently being rented by Nur Samsi, also known as Umar Dani.

The UPS Store is located in a row of stores and is clearly marked as the "UPS

Store" above the entrance. Mailbox #276 is located inside the UPS Store and to the left on the wall and is clearly marked #276.

## BACKGROUND

4. At all times relevant to this affidavit, your Affiant was being provided by an Investigator at Amazon.com (referred to as the "Investigator") with lists of items that had been fraudulently purchased through Amazon.com. The aforementioned items were ordered through trusted Amazon.com accounts that had been fraudulently taken over by an unknown individual, who then used fraudulently obtained credit card information to purchase these items and have them shipped to multiple mailboxes in the Washington metropolitan area.

5. Title 18, United States Code, Section 1029, applies to fraud and related activity in connection with access devices. As set forth in this affidavit, there is probable cause to believe that persons are conspiring to fraudulently purchase items from Amazon.com using numerous stolen access devices in violation of Title 18, United States Code Sections 371 and 1029.

6. According to the information obtained herein, your Affiant has probable cause to believe that fraudulently ordered items from the aforementioned list provided by Amazon.com have been, are being, and will be sent to 5505 Connecticut Ave., Washington DC, 20015-2601; 9900 E Greenbelt RD Suite E #129, Lanham, MD 20706; 11140 Rockville Pike #329, Rockville, MD 20852; 6412 Brandon Ave #123, Springfield, VA 22150; 8116 Arlington Blvd #114, Falls Church, VA 22042.

7. On August 4, 2005, the Washington Field Office Duty Desk received a phone call from an investigator at Amazon.com who informed the US Secret Service that a large

amount of electronic equipment and jewelry had been fraudulently purchased through Amazon.com members' accounts.

8.  An investigator for Amazon.com informed an agent at the USSS that three mailboxes in Maryland and Virginia had received over $100,000 in merchandise and that he had stopped shipment of over $200,000 of various types of electronic equipment and jewelry before it had been shipped to the destinations of the person(s) who had fraudulently ordered it. Based on the internet protocol ("i.p.") address, the investigator believed that the fraud appeared to be originating from Indonesia. He further added that it appeared that whoever was placing the orders had been performing "hostile" takeovers of "trusted" account holders. A "trusted account" is a legitimate account holder who has successfully and lawfully negotiated orders in the past for merchandise from Amazon.com. The investigator stated that the persons who were fraudulently ordering the electronic equipment and jewelry took over the "trusted account," by, among other things, changing the billing name, password, and address on the account, as well as the location where purchased merchandise was to be delivered. The persons purchasing merchandise from Amazon.com by these fraudulent means had the merchandise charged to stolen credit card numbers that your Affiant has probable cause to believe were held in the names of others other than the "trusted account" holders.

9.  On Thursday, August 11, 2005, your Affiant received a phone call from the Amazon.com investigator who stated that Amazon.com records showed multiple deliveries enroute to the 11140 Rockville Pike #329, Rockville, MD and to 9900 E Greenbelt Rd., Suite 129, Lanham, MD. These deliveries consisted of three televisions, two of which were set for delivery to the Rockville address and the third was set for delivery to the Lanham address that same day. Your Affiant requested the investigator to contact the freight companies responsible

for these deliveries and to have the deliveries suspended until Agents of the US Secret Service could set-up a controlled delivery of those items.

  10. At approximately 12:00 p.m., your Affiant departed the Washington Field Office enroute the Rockville, MD address and met with an individual associated with the operation of Mailboxes & More. The individual stated that on July 14, 2005, a person by the name of Alfrelly Akbar established a mailbox at his location and prepaid for it to be open through January 14, 2006. Upon the establishment of this mailbox, Akbar authorized another person by the name of Umar Dani to pick-up any deliveries that were sent to his mailbox. The individual further stated that since the establishment of the mailbox, Dani was the only person to pick-up deliveries for #329 and that he had not seen Akbar since he opened the mailbox. Additionally, the individual further stated that Dani had utilized Western Union to wire money to numerous individuals in Indonesia.

  11. The individual then provided your Affiant with the original contracts Akbar Alfrelly signed opening the mailbox and copies of the Western Union wires that Umar Dani had sent since the mailbox had been opened. While your Affiant was photocopying these documents, the individual turned and stated to your Affiant that Umar Dani had just entered the store. The person the individual had identified as Umar Dani (referred to as "Dani") inquired about the pending delivery of a television and the individual informed him that it had not arrived yet and that the individual would contact Dani when it arrived at the contact number he had provided previously to the store. When Dani departed, your Affiant saw Dani depart in a newer model silver Volkswagen station wagon with tinted windows. Your Affiant departed the store enroute the UPS Store located at 9900 E Greenbelt Rd., Suite 129, Lanham, MD in the hopes that Dani would go to that location to retrieve the television that was to be delivered there.

12. At 1:45 p.m. your Affiant met with an employee of the UPS Store located in Lanham, MD. Your Affiant explained the purpose for his visit and inquired about a customer by the name of Kilan Frevier, whom USSS had identified as a person to whom merchandise acquired fraudulently from Amazon.com had been delivered. The employee stated that a person who identified himself as Frevier opened the mailbox and that Frevier had authorized another person to pick-up packages from his mailbox. The employee produced a copy of the driver's license of the person authorized to pick-up packages. The copy was of a Florida driver's license in the name of Umar Dani.

13. At approximately 2:00 p.m. your Affiant was en route back to WFO when he received a phone call from an employee of ABC Delivery Inc. The employee stated that a person had been calling his dispatch center inquiring about the delivery of his television to the Mailboxes and More store in Rockville, MD. He stated that the person calling mentioned that he was moving to Florida and needed to get the television before he left and wanted to pick it up directly from the ABC Delivery, Inc. docks. Your Affiant requested that the employee return the phone call to the person requesting to pick up the packages and inform them that, among other things, they could not pick up the package directly from ABC Delivery docks but that the package would be delivered by ABC Delivery, Inc. on August 11 2005. At approximately 3:00 p.m., the USSS and Montgomery Count Police Department officers coordinated with ABC Delivery Inc. to make a controlled delivery of two television sets believed to be fraudulently purchased from Amazon.com that were to be delivered to Mailbox #329 at the Mailboxes and More store in Rockville, MD at approximately 5:00 p.m.

14. At approximately 4:14 p.m., your Affiant, other USSS and the Montgomery County Police Department set up surveillance near the Mailboxes and More store at 11140

Rockville Pike, Rockville MD. At approximately 4:45 p.m., your Affiant observed Dani arriving in a late model silver Volkswagen station wagon with tinted windows to the Mailboxes and More store in Rockville, Maryland. Dani entered the store and inquired about his delivery and was informed that it had not arrived yet. Dani remained out in front of the store and was observed talking on his cell phone. At approximately 5:00 p.m., an older model red Chrysler Caravan arrived with two unknown persons who remained in the vehicle until Umar approached them and spoke with them. Shortly after the arrival of the two unknown persons, a delivery van from ABC Delivery Inc. arrived with two 42" televisions that had been previously tracked by the Amazon.com investigator as having been purchased with stolen credit cards. The delivery driver took the televisions to the front of the store and entered the Mailboxes and More store and had an individual associated with Mailboxes and More sign and confirm the receipt of the delivery. Once the this individual signed for the receipt of the packages, Dani and one other person entered the store and signed the receipt to take custody of the two televisions. Dani and the other suspect then exited the store and with the help of the third unidentified subject, loaded the two televisions into the red Chrysler Caravan. Upon them exiting the store, the individual associated with Mailboxes and More informed your Affiant that they had indeed exited and also identified the unknown subject that had entered the store with Dani as the person who had opened the mailbox, Alfrelly Akbar.

15. At approximately 5:15 p.m., Montgomery County Police placed Dani and the other two subjects under arrest as they were loading the televisions into the red Chrysler Caravan. A search of Dani and the other two subjects was conducted incident to arrest. Umar Dani's, Alfrelly Akbar's, and Arthur Gundur Salalahi's identities were each confirmed.

16. Dani had on his person a driver's license issued in New Mexico under the name of Nur Samsi, but with Dani's photograph on it. He also had on his person a Florida driver's license that contained Dani's correct name, Umar Dani. On August 15, 2005, the investigator from Amazon.com told your affiant that additional packages that had been delivered using the fraudulent scheme identified herein to mailbox # 276 **located at** 5505 Connecticut Ave., Washington DC, 20015-2601 as well as mailbox 114 and 8116 Arlington Blvd, Falls Church, VA 22042. Based on a search of Dani's vehicle and a statement given by Dani after his arrest, Dani admitted that Wahyundi Sumandi had opened mailbox #123 located at 6412 Brandon Avenue in Springfield, Virginia. Further, during a consent search of Dani's vehicle, agents found a credit card located beside a spare tire in the vehicle's trunk, a credit card in the name of Wahyundi Sumandi. Dani admitted that the Springfield mailbox had been used in the past to receive merchandise. The Amazon.com investigator told your Affiant that Wahyundi Sumandi had also received fraudulently obtained merchandise at mailbox #114 located at 8116 Arlington Blvd, Falls Church, VA 22042. Finally, the Amazon.com investigator provided information showing that past deliveries of merchandise obtained using the scheme described herein were received at the Falls Church and Springfield mailbox locations.

17. On August 15, 2005, the Investigator stated that merchandise purchased with stolen credit cards had just been delivered to 5505 Connecticut Ave NW #276, Washington, DC in the name of Nur Samsi. Samsi is also known as Umar Dani as admitted by Dani in the interview after his arrest and as confirmed by New Mexico driver's license found in his possession.

18.     Your Affiant and another USSS agent went to the UPS store at 5505 Connecticut Ave. NW, Washington DC, at approximately 3:15 on August 15, 2005 and met with an employee of that store.  Your affiant showed the employee the New Mexico driver's license of Dani, and the employee stated that Nur Samsi, also known as Umar Dani had opened box #276 there and had five packages waiting to be picked up.  The employee stated that Samsi (Dani) had been telephoned by the UPS store to pick up the packages.  To the best of your affiant's knowledge, these packages have not been retrieved by Dani or others.

## CONCLUSION

19.     Your Affiant believes that contained in the mailbox located at 5505 Connecticut Ave.,  #276, Washington DC, 20015-2601 is the fruits, evidence and instrumentalities violations of 18 U.S.C. 1029, all as set forth in Attachment A to the search warrant.  Specifically, your Affiant believes that the items listed in Attachment A constitute evidence of offenses in violation of 18 U.S.C. 1029 (Fraud and related activity in connection with access devices).

                                                    _____
Jeffrey Savage
Special Agent
United States Secret Service, WFO

Subscribed and sworn before me this _____ day of _____ 2005.

                                                    _____
Alan Kay
United States Magistrate Judge

### ATTACHMENT A IN SUPPORT OF SEARCH WARRANT

1. Any and all packages addressed to Umar Dani, (a/k/a Nur Samsi), Alfrelly Akbar, and Arthur Gundur Salalahi, Kilan Frevier and Wahyundi Sumandi at the UPS Store, 5505 Connecticut Avenue, N.W., Washington, DC, mailbox #276;

2. Any and all packages that appear to contain any merchandise from any vendor for mailbox #276 at the UPS Store, 5505 Connecticut Avenue, N.W., Washington, DC;

3. Mail addressed to Umar Dani, (a/k/a Nur Samsi), Alfrelly Akbar, and Arthur Gundur Salalahi, Kilan Frevier, and Wahyundi Sumandi or any other persons who are receiving correspondence at mailbox #276 at the UPS Store, 5505 Connecticut Avenue, N.W., Washington, DC