AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

The UPS Store
5505 Connecticut Avenue, #276
Washington, DC 20015-2601

**FILED**
SEP 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SEARCH WARRANT**

CASE NUMBER: 05-0470M-01

TO:  __Jeffrey Savage__  and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Jeffrey Savage__ who has reason to believe that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

The UPS Store is located in a row of stores and is clearly marked as the "UPS Store" above the entrance. Mailbox #276 is located inside the UPS Store and to the left on the wall and is clearly marked #276.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See Attachment A

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before  27 AUG 2005
                                                        (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

AUG 19 2005  3:30 pm          at Washington, D.C.
Date and Time Issued

ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer          Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| | | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

FILED

SEP 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X _[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_ Joe M Gaul                                   09/29/05
U.S. Judge or U.S. Magistrate Judge                        Date

Date warrant received      Date/Time warrant executed      Warrant
8/19/05                    8/20/05  1410                   Left with
                                                           Brian Combs

Inventory made in the presence of
SA Jeff Morrissette & Brian Combs (Manager)

1) (1) Gateway 4530GZ Notebook addressed to Nur Samsi #276 from Staples Inc Store 316

2) (1) Gateway 7210 Notebook Serial # RH428850010382 addressed to Nur Samsi; #276 from Price Cooler Order, 9600 West Gulf Bank, Houston, Tx 77040

3) (4) MP3 Gmini 220 20GB MP3/WMA/WAV Stereo Recorder and Pho addressed to Nur Samsi; #276 from Compuvest Corp, 4916 N. Royal Atlanta Dr., Tucker, GA 30084

4) (2) Canon Digital Rebel XT Cameras addressed to Nur Samsi; #276 from Starvector Software, 16648 N. 94th St., Scottsdale, AZ 85260
Serial #'s on Boxes   1) 0520551909
                         0620522876
                      2) 0520551908
                         0620522877

5) (1) Sony Cyber-Shot DSC-T7 addressed to Nur Samsi; #276 from Yan Zhang, 1007 S Cottage Grove Ave., Urbana, IL 61801
Box # 501-3537223-B

6) (4) ICom VHF Marine Transceivers addressed to Nur Samsi; #276 from Phillip Tompkins, 1220 Dorchester Ave, Gwynn Oak, MD, 21207.  #'s  1) 0108153  2) 0108186  3) 0119187  4) 0109577

7) (1) Canon EOS 10D Digital Camera addressed to Nur Samsi; #276 from Band E gifts, 909 Katie Court, Harrisburg, PA, 17109  # (21) 1720510446

8) (5) Sony [illegible] digital [illegible] recorder addressed to Nur Samsi #276 from Golden International Inc., 1901 Rivendell Way, Edison, NJ 08817
   1) 501-0040949-C
   2) 501-0011690-3
   3) 501-0040957-B
   4) 501-2404711-5